IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ARMAMENT SERVICES INT'L, INC., MAURA ELLEN KELERCHIAN v. SALLY Q. YATES, Acting Attorney General of the United States, THOMAS E. BRANDON, Deputy Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, JUAN F. ORELLANA, Director of Industry Operations Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES OF AMERICA | CIVIL ACTION<br><br>NO. 17-mc-10 |
|---|---|

## ORDER

**AND NOW** this 27th day of November, 2017, for the reasons stated in the foregoing Memorandum, the Motion for Summary Judgment is **GRANTED** and Petition for Judicial Review is **DISMISSED** with prejudice. The Clerk shall close this case.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 17\17-mc-10 Armament Services v Yates\17mc10 Order granting MSJ.docx